## MALONE v. STATE (three cases).
### Nos. 14853–14855.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

A. C. Chrisman, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is theft; the punishment, confinement in the penitentiary for four years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## DAVIS v. STATE.
### No. 14597.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

J. L. Alford, of Rising Star, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for selling intoxicating liquor; punishment being assessed at two and a half years' imprisonment in the penitentiary.

The record is before us without statement of facts or bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.